The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN CLAIBORNE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE CITY OF SEATTLE, a Municipal Corporation, CITY OF SEATTLE POLICE DEPARTMENT and SEATTLE POLICE OFFICER BRIAN HUNT,<br><br>　　　　　Defendants. | No. C06-1061RSM<br><br>**DECLARATION OF LEMBHARD G. HOWELL IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Lembhard G. Howell states and declares:

1. I am one of the attorneys for the plaintiff;

2. Attached as <u>Exhibit A</u> is a true and correct copy of excerpts from the deposition transcript of Brian Claiborne, taken April 17, 2007.

3. Attached as <u>Exhibit B</u> is a true and correct copy of a letter from mechanic Michael Johnson.

4. Attached as <u>Exhibit C</u> is a true and correct copy of a document entitled, "Special Report: OPA's Investigation Into the Arrest of George T. Patterson."

DECLARATION OF LEMBARD G. HOWELL
NO. C06-1061RSM   PAGE 1

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296

1   I declare under penalty of perjury of the laws of the United States that the foregoing is
2   true and correct. Executed at Seattle, Washington this 6th day of August, 2007.

3
4                                    /s/ Lembhard G. Howell_____
                                     Lembhard G. Howell, WSBA #133

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24