# Transcript of Brian E. Claiborne

**Case:** Claiborne v. City of Seattle, et al.

**Date:** April 17, 2007



Phone: 206.287.9066
Fax: 206.287.9832
e-mail: info@buellrealtime.com
Internet: www.buellrealtime.com

Claiborne v. City of Seattle, et al.                    Brian E. Claiborne

Page 46

1    Q  Let me ask you a couple of questions.  I feel
2  like we're skipping around a little bit, but I do
3  want to go back to the stripper, the equipment that
4  was in your car that you believe was lost.
5    A  Not lost.
6    Q  I'm sorry?
7    A  Oh, I don't believe it was lost.  It's gone.
8    Q  What were the two types -- what was the
9  equipment?
10    A  It was a stripper and a waxer and the
11  stripper, I don't know the exact model no more, but
12  basically, a stripper is like a machine that strips
13  off the old wax and it has, you know, pads on it, and
14  the waxer is basically like a machine where it lays
15  down the wax and smooths it out on the floor.
16    Q  How big are these machines?  Let's start with
17  the stripper.
18    A  The stripper is a little bit bigger than a
19  vacuum cleaner and, you know, the bottom part is
20  maybe like 18 to 20 inches and the rest of it, you
21  know, looks pretty much like a vacuum cleaner, a big
22  vacuum cleaner.
23    Q  Okay.  And then -- oh, sorry.
24    A  And the waxer is more like a big steam
25  cleaner machine looking -- it looks like a big steam

Page 47

1  cleaner.
2    Q  Now, did both of those fit in your Nissan?
3    A  Perfectly.
4    Q  Did they fit -- did you put them in the
5  trunk?
6    A  In the hatchback.
7    Q  In the hatchback?
8    A  In the hatchback because it's a wagon and the
9  hatchback comes out and I'd just slide them in.
10    Q  Do you know the name brand of either of those
11  machines?
12    A  Not right off hand.  It's been so long since
13  I got the -- no, I don't.
14    Q  Okay.  And now did these machine belong --
15  who did these machines belong to?
16    A  They belonged to Northwest Team Clean.
17    Q  And did anybody from Northwest Team Clean try
18  to recover those?
19    A  Yes.
20    Q  Who?
21    A  Mr. Evans.
22    Q  Okay.  And how do you know?  What did
23  Mr. Evans tell you?
24    A  He went to Lincoln Towing and they said that
25  the car was under investigation and nothing could be

Page 48

1  tooken out unless it was tooken out by me.
2    Q  And how did you communicate with Mr. Evans
3  about the equipment?
4    A  He actually came up to the jail.
5    Q  Did Mr. Evans provide any receipts of either
6  piece --
7    A  No.
8    Q  -- of equipment?
9    A  No.
10    Q  Did Mr. Evans ask you to pay for the
11  equipment?
12    A  Yes.
13    Q  And did you have to give that money to him?
14    A  Well, I didn't have no money, so ever since
15  then, I haven't -- yeah, I haven't talked to him
16  since.
17    Q  Did he send you a bill for the equipment?
18    A  No.
19    Q  Do you know if the equipment was insured in
20  any way?
21    A  No.
22    Q  You don't know if it --
23    A  No, I don't know.
24    Q  Okay.  Do you know how many times Mr. Evans
25  went to Lincoln Towing?

Page 49

1    A  No.
2    Q  Okay.  So let's talk about June 6, 2004.
3  Well, we've been going for about an hour, do you need
4  to take a break before we get into it?
5    A  No.
6    Q  Okay.  You were driving a Nissan Stanza,
7  right?
8    A  Mm-hm.  (Answers affirmatively.)
9    Q  And do you know why the police officer
10  stopped you that evening?
11    A  Yes, because he said that my license plates
12  was wrong and they didn't -- well, first, he pulled
13  me over and said that I had warrant, and when I gave
14  him my -- I was like that's impossible and I gave him
15  my license and registration and he was like -- you
16  know, and then he went back to the car and he came
17  back and he was like, well, you don't even got the --
18  these ain't your license plates.  You're not Michael
19  Johnson, and I was like I know I'm not Michael
20  Johnson and that's where everything started taking
21  place.
22       And he told me, well, your license plate says
23  you're this person and you're giving me information
24  that says you're this person and, you know, I gave
25  him my license and registration and he was like,

13 (Pages 46 to 49)

Buell Realtime Reporting, LLC
206-287-9066

76b3546e-3b73-47f2-9faa-663bef27080d

Claiborne v. City of Seattle, et al.                    Brian E. Claiborne

| Page 50 | Page 52 |
|---|---|

**Page 50**

1  well, you got the wrong license plate on your car.
2  Q  Okay. Let me back you up a little bit.
3     Where were you right before this incident?
4  A  I was leaving work.
5  Q  Were you leaving the Ballard site or the --
6  A  Yes.
7  Q  Actually, where is the Northwest Team
8  Clean -- where are their offices located?
9  A  I don't know.
10 Q  Where did you pick up your paychecks?
11 A  He just came to the site and gave it to me.
12 Q  You don't know at all where his office was
13 located?
14 A  No.
15 Q  How did you interview for the job?
16 A  Well, actually, I was doing the janitorial
17 somewhere else and he was like, hey, I need another
18 janitor, you're doing a job good, here's my number,
19 give me a call.
20 Q  So how would he know -- how would you know
21 where you had to report to work?
22 A  We would communicate through the phone and at
23 the time, I had a cell phone and he would call me. I
24 would meet him at a certain spot, pick up the truck,
25 and -- or most of the times, he just came to my house

**Page 52**

1  A  No.
2  Q  Do you remember if it was at Boyleston? Does
3  that sound familiar to you?
4  A  I don't remember no names --
5  Q  Okay.
6  A  -- to tell you the truth.
7  Q  How about the area?
8  A  Close to the Broadway area between Broadway
9  and I was going down 12th like pretty much to get to
10 my house to go to Beacon Hill and I usually from --
11 my route was usually taking the waterfront way and
12 just kind of easing my way up to my house.
13 Q  Did you stop anywhere from the work site
14 to --
15 A  No.
16 Q  Okay. So you were just on your way home?
17 A  Yeah.
18 Q  Okay. I'm going to show you a Google map of
19 1500 Boyleston Avenue. The incident report, which
20 I'll provide you a copy with, indicates that you were
21 stopped at 1500 Boyleston Avenue.
22 A  Mm-hm. (Answers affirmatively.)
23 Q  And that intersection is at Boyleston and
24 Pine, so I'm going to circle that. Looking at this
25 map, does this familiarize yourself with where you

**Page 51**

1  and just dropped it off.
2  Q  Was that the house on 14th Avenue?
3  A  Yes.
4  Q  And he would drop off the stuff?
5  A  Yeah, and the cleaning supplies or whatever
6  that needs to be done.
7  Q  So would you always keep the stripper and the
8  waxer in your car?
9  A  Until maybe the next day and we would do an
10 exchange or whatever.
11 Q  Okay. So you were coming home from the site.
12 What time had you gotten off work?
13 A  About 2:00.
14 Q  And this was a site in Ballard?
15 A  Yeah, at about two. I'm not sure of the
16 exact time, but it was after two, definitely.
17 Q  Okay. I'm going to ask you to draw a diagram
18 of where your car was stopped and just show me what
19 the street intersection was. Do you remember what
20 the intersection was?
21 A  I don't remember the names or anything, no.
22 Q  You don't remember the names?
23 A  No.
24 Q  Oh, okay. So maybe that won't help for you
25 to draw a map?

**Page 53**

1  were stopped?
2  A  (Shakes head negatively.)
3  Q  Not at all?
4  A  Not at all.
5  Q  Okay.
6  A  It's real -- I'm used to seeing things.
7  Q  Okay. But I'm just going to show you here,
8  this is Broadway and then this is East Pine and
9  Boyleston Avenue.
10    Can you tell me what direction you were
11 driving?
12 A  I guess that way. This is north -- no, I was
13 going south that way, right?
14 Q  Actually, south is down the paper.
15 A  Oh.
16 Q  So you think you were traveling on 12th
17 Avenue?
18 A  Yeah, I was on 12th Avenue --
19 Q  Okay. Do you --
20 A  -- as I believe.
21 Q  Do you know how you made your way to
22 Boyleston Avenue?
23 A  Maybe I wasn't. The map, I can't understand
24 it.
25 Q  Okay. So it's hard for you to orient

14 (Pages 50 to 53)

76b3546e-3b73-47f2-9faa-663bef27080d

Claiborne v. City of Seattle, et al.                    Brian E. Claiborne

---

Page 54

1  yourself --
2      A  Yeah --
3      Q  -- on the paper?
4      A  -- because I don't know street names.
5      Q  Okay.  Okay.  So you do believe that your
6  normal course was to drive on 12th Avenue to go south
7  toward --
8      A  Well, that's where I'd usually wind up just
9  before Jackson.  I'd come off of Jackson on 12th
10  Avenue usually.
11      Q  Okay.  So then you were coming home from
12  work.  The officer said that the license plate didn't
13  match your car?
14      A  Yes.
15      Q  And later, did you realize that was true,
16  that the license plate didn't match your car?
17      A  Well, basically, he came up to me and he told
18  me -- I was like, I don't -- it shouldn't be changed
19  and he was like, Boy, you don't know -- that's where
20  it started.  He was like how you can't know your own
21  license plate, and I told him I wouldn't figure no
22  one to change my license plate.  You know, that's not
23  something that -- if they're going to steal
24  something, I would figure they would steal the whole
25  car.  I never heard of anybody taking a license plate

---

Page 55

1  before and he was like --
2      Q  Let me just stop you for a second.
3          Did you pull over to the side of the road or
4  did you stop in the middle of the road?
5      A  I pulled it to the side.
6      Q  Was there a lot of traffic?
7      A  No.
8      Q  And what time was it?
9      A  I'm not sure.  It was after two though.
10      Q  And did you see -- did he use his lights and
11  sirens to --
12      A  Yes.
13      Q  -- signal you to pull over?
14      A  Yes.
15      Q  And then how long did you travel by the time
16  that you had seen the lights and sirens?
17      A  He was behind me for about a block, and by
18  the time he turned on his lights, I stopped.
19      Q  Okay.  So you stopped and pulled over to the
20  right?
21      A  Yes.
22      Q  Okay.  Was your window rolled down?
23      A  Yeah, it went -- yeah, it was rolled down.
24      Q  Did you roll it down because he was coming to
25  approach you?

---

Page 56

1      A  Yes.
2      Q  Did he approach you on the driver's side?
3      A  Yes.
4      Q  Was there anybody else in the car with you at
5  the time?
6      A  No.
7      Q  Okay.  So what was the first thing that -- do
8  you know the name of the officer?
9      A  No.
10      Q  Did you later determine that it was Officer
11  Brian Hunt?
12      A  Yes.
13      Q  Okay.  What was the first thing that Officer
14  Hunt said to you?
15      A  Well, actually, license and registration and
16  so forth.  I gave him my license and registration and
17  he came back and was like, you know, how is it that
18  your license plate says one thing and you're given me
19  information and saying another, and then from there
20  he was like, Nigger, you must be drunk if you don't
21  know your own -- you know, have -- that you don't
22  know your own license place is missing.
23          I was like, first of all, I didn't think no
24  one would steal a license plate, and second of all,
25  I'm not a nigger.  I am a child of God.  You know, I

---

Page 57

1  am talking to you with respect.  Please, you know,
2  treat me with the same.
3          And he just went off.  He was like, Nigger,
4  you must be drunk if you don't -- how could you da,
5  da, da, and from there I was like okay and I just
6  stopped talking from there because I -- you know, I
7  don't know what he was going through.  Maybe he had a
8  hard night, but he just got real aggressive and was
9  like, you know, this and that and have you had
10  anything to drink and I told him no, I don't drink,
11  you know.
12      Q  How many times do you think Officer Hunt used
13  the N word?
14      A  At least three.
15      Q  At least three?
16      A  And it started with boy and after I kind of
17  ignored the boy, that's when he was like, Nigger, how
18  could you -- you must be drunk, Nigger, and I was
19  like whoa.
20      Q  Was there another officer present at that
21  time?
22      A  Not at that time.
23      Q  Okay.
24      A  And basically after I told him I'm a child of
25  God and to treat me -- oh.

15 (Pages 54 to 57)

76b3546e-3b73-47f2-9faa-663bef27080d

Claiborne v. City of Seattle, et al.                    Brian E. Claiborne

Page 58

1    Q   Let me -- so he said license and registration
2   and then did he go back to the car?
3    A   Yes.
4    Q   Okay.  And then he came back?
5    A   Yes.
6    Q   Okay.  Where were your hands at that time?
7    A   On the steering wheel.
8    Q   On the steering wheel.
9        And at that point, he said, did you know that
10  your license plate doesn't match?
11   A   Mm-hm.  (Answers affirmatively.)
12   Q   And then he started using the N word?
13   A   Yeah.
14   Q   Okay.
15   A   First he said, Boy, you must be drunk.
16   Q   Right.
17   A   And I was like -- and I just kind of looked
18  down and he was like, Nigger, don't you hear me, and
19  that's when he got agitated, you know, and I was
20  like, listen, you know, I'm talking to you with
21  respect, can you please give me the same, you know,
22  and that made him a little bit more agitated.
23   Q   At this time, your window is rolled down, but
24  your car door is closed?
25   A   Yes.

Page 59

1    Q   Did you ever see any traffic go by at this
2   time?
3    A   No.
4    Q   Okay.  How about any pedestrians?  Were there
5   pedestrians in that area?
6    A   No.
7    Q   Was it raining?
8    A   No.
9    Q   How would you describe the weather?
10   A   Normally, I would say it was a beautiful
11  dawn -- dawny day, you know, because usually during
12  that time, the air is real -- and it was clean and it
13  was, you know, but at the time, I wasn't really
14  focusing on that, but unfortunately during my walk
15  home -- because I was released that day, but it was a
16  clear day.  It wasn't -- it wasn't hot, but it wasn't
17  cold.
18   Q   Were there a lot of street lights --
19   A   At that --
20   Q   -- where you were stopped?
21   A   I don't remember.
22   Q   Was Officer Hunt in a full police uniform?
23   A   Yes.
24   Q   Okay.  And he was in a marked police car?
25   A   Yes.

Page 60

1    Q   Okay.  So then he used the N word three
2   times?
3    A   At least.
4    Q   Okay.  And then what happened after that?
5    A   Well, after -- you know, basically after I
6   told him, hey, you listen, I'm a child of God, you
7   know, da, da, da, I'm not even going to speak to you
8   no more.  You know, you know, you have a problem.  You know, he
9   basically grabbed me through the window and tried to
10  get me out of the car and that's when he started
11  bashing me.
12   Q   Okay.  So let me back up just a second.
13       Before he grabbed you through the window, did
14  he indicate to you that because the license plate
15  didn't match the car that he suspected that the car
16  was stolen?
17   A   No, he never said anything about the car
18  being stolen, nothing like that.
19   Q   Okay.  Did he ask -- okay.  So then how did
20  he -- where did he grab -- did he grab your body?
21   A   No, he grabbed me -- at the time, I had
22  locks.
23   Q   Okay.
24   A   And he grabbed me by my hair and by my collar
25  like this and he -- and he was like get out of the

Page 61

1   car and I was like -- first he asked me to get out of
2   the car and then he was like, you must be drunk,
3   Nigger, get out of the car, and I was like, no, I'm
4   not dealing with you.  Can you call someone else
5   because you have a problem and I don't want to deal
6   with that and I don't want to have no problems right
7   now.
8       And at the time, I'd been very clear-headed
9   on that point, you know.  I didn't want nothing that
10  happened because my main focus was having my sons in
11  the next week and I was trying not to get in no type
12  of altercation with anybody.
13      And once I said, can you please just call
14  somebody else who's not as, you know -- I forgot the
15  word I actually used, but who's not as hot and mad as
16  you, you know, and that's when he grabbed me and said
17  get out of the car.
18   Q   Okay.  So when he grabbed you, was he
19  grabbing you through the window?
20   A   Yes.
21   Q   Did he open the door?
22   A   He was trying -- well, not -- actually, he
23  first did the grabbing through the window and then he
24  went for the door to pull me out.
25   Q   So where was his -- which part of your body

16 (Pages 58 to 61)

76b3546e-3b73-47f2-9faa-663bef27080d

Claiborne v. City of Seattle, et al.                          Brian E. Claiborne

---

Page 62

1  did his right hand grab?
2      A   Okay.  Right.  Well, first, I think he
3  grabbed me by the hair and my collar and then he
4  pulled me through the thing and then he let go of
5  this hand to try to open the door and my body --
6      Q   Let me back you up a little bit because --
7          (Simultaneous talking.)
8          MR. HOWELL:  Let me -- let the record
9  reflect --
10         THE WITNESS:  Okay.
11         MR. HOWELL:  -- that the witness had
12  two hands outstretched.  He had his right hand
13  outstretched on the shoulder and hair area of
14  demonstrating how the officer grabbed him and then he
15  released his left hand to jiggle the door.
16         THE WITNESS:  Right.
17      Q   (By Ms. Tran)  So, Mr. Claiborne, it's your
18  testimony that Officer Hunt had his right hand on
19  your hair?
20      A   Yeah, pretty much.
21      Q   Was he actually holding your hair?
22      A   Yeah.
23      Q   Left hand on your shoulder?
24      A   Yeah.
25      Q   Which shoulder?

---

Page 63

1      A   Right here.
2      Q   So across your body, your right shoulder?
3      A   Yes.
4      Q   Okay.  And then did he successfully pull any
5  part of your body through the window?
6      A   Yes, my head came out and once my head was
7  out, he opened the door and I swung out with the door
8  and that's when he pulled me and started banging me
9  on the thing.
10      Q   Okay.  So he pulls your head out the window?
11      A   Yeah.
12      Q   And then once he pulls your head out of the
13  window, he takes his left hand to open the car door?
14      A   Yes.
15      Q   Did he reach inside the car?
16      A   No.
17      Q   Okay.  So he used the handle on the outside
18  of the car?
19      A   Yes.
20      Q   Okay.  Was the car door locked?
21      A   No.
22      Q   So he didn't have to unlock the car?
23      A   No.
24      Q   So is your head still in the window area when
25  the door opens?

---

Page 64

1      A   Yes, and then my whole body swings out with
2  the door pretty much.
3      Q   Okay.
4      A   And that's when he grabbed me and just
5  started banging me.
6      Q   So is your body fully out of the car?
7      A   By this time, yeah.
8      Q   Okay.  So your feet are on the ground?
9      A   Not all the way.  One foot was still in the
10  car and I was off balance and he grabbed me pretty
11  much by my neck and brung (sic) me this way towards
12  the opening of the door, the roof part where the door
13  is, and he slammed me against the door and the roof
14  right there, and, you know, oh, you're a smart ass
15  and something like to that extent.  Oh, you're, da,
16  da, da, da, and he slammed me again, and I was like,
17  hey --
18      Q   During the time that he was pulling you out
19  of the car, did he use the N word?
20      A   No.
21      Q   Okay.
22      A   Until he started slamming, it was like, oh,
23  you're a smart ass now, Nigger, da, da, da, and he
24  said it a couple of times while he was releasing his
25  anger, I guess.

---

Page 65

1      Q   So at any point did he remove his right hand
2  from your locks, your hair?
3      A   Yeah.
4      Q   Okay.
5      A   Just to reposition him -- to put me in a
6  position -- to put me on top of the car.
7      Q   Okay.  And so when you say that he grabbed
8  you out of the car and then he let go of you to
9  reposition himself, right?
10      A   Oh, yeah, pretty much, yeah.
11      Q   Okay.  And then he -- where did he reposition
12  his hands after that?  Now you're out of the car.
13      A   Pretty much my head.
14      Q   So both hands on your head?
15      A   Yeah, pretty much.
16      Q   Okay.  So what part of your head was his
17  right hand --
18      A   On both sides of my head like this.
19      Q   And by this, you mean over your ears or --
20      A   Yeah, pretty much over my head.
21      Q   And is he standing behind you at this point?
22      A   Yes.
23      Q   So now you've gotten out of the car?
24      A   Mm-hm.  (Answers affirmatively.)
25      Q   And you're in between the area between the

---

17 (Pages 62 to 65)

76b3546e-3b73-47f2-9faa-663bef27080d

Claiborne v. City of Seattle, et al.                                          Brian E. Claiborne

Page 66

1  door and the roof of the car, right?
2      A   Yeah.
3      Q   And it's your testimony that he has both of
4  his hands on your head?
5      A   Yes.
6      Q   The back of your head?
7      A   Yes.
8      Q   Okay.  And you say that -- was he moving you
9  up and down?
10     A   No, basically to the side towards the car,
11  you know, basically pushed me into the car.
12     Q   Okay.
13     A   And that's when the first -- you know,
14  basically, the roof of the car, you know, it's like
15  an opening right there and I hit the roof like this.
16     Q   And it's the left side of your face?
17     A   Yeah.
18     Q   Did any other part of your body hit the roof
19  of the car?
20     A   Mainly just this.
21     Q   The left side of your face?
22     A   Yeah.
23     Q   Okay.  How many times do you think you made
24  contact with the car, the roof of the car?
25     A   About three times, and then after the third

Page 67

1  time, he basically grabbed my arm and put it over
2  like -- like this and it was over my head like this
3  from the back and then he took the other one and put
4  it like this and at that time, he -- you know, he was
5  just holding my hands at that time and then he pulled
6  out his, you know, handcuffs and everything and
7  that's when backup started coming.
8      Q   So let me walk through that part.
9          So you said that he pushed your head into the
10  roof of the car three times?
11     A   Yeah.
12     Q   And that the third time he grabbed your right
13  arm?
14     A   Yeah.
15     Q   He grabbed your right arm and put it behind
16  your back?
17     A   Over my head behind --
18     Q   Being your back and over --
19             (Simultaneous talking.)
20     Q   (By Ms. Tran)  And then did he grab your --
21         MR. HOWELL:  Can I request that you
22  slow down a little bit too?
23         MS. TRAN:  Yes.
24         MR. HOWELL:  Thanks.
25     Q   (By Ms. Tran)  And then he grabbed your -- so

Page 68

1  he grabbed your right arm, put it behind your back?
2      A   Uh-huh.  (Answers affirmatively.)
3      Q   And then did he grab your left --
4      A   Yeah.
5      Q   -- arm and did he go over your head?
6      A   The same way.  He put it behind and over, so
7  it was like this, but my hands was like over by my
8  neck and he was just like picking me up basically by
9  my wrists.
10     Q   So he had both of your arms behind your back?
11     A   Yeah.
12     Q   But your wrists were towards your neck area?
13     A   Yeah.
14     Q   And at that point, did he put handcuffs on
15  you?
16     A   Yes.
17     Q   Okay.  So at the time that he put the
18  handcuffs on you, would you say your wrists were
19  close to your neck area --
20     A   Yes.
21     Q   -- behind your back?
22     A   Well, like back there and it was, oh, because
23  he was basically picking me up by my arms and it was
24  like I was almost just dangling from him going like
25  this and then when he put on the handcuffs and he let

Page 69

1  me go and then I think the other car pulled in and he
2  was like, yeah, I got a drunken driver, and that's
3  when he let go a little bit and started talking to
4  the other guy.
5      Q   Okay.  So when he put the handcuffs on you,
6  did he actually lift you up off the ground?
7      A   Yeah.
8      Q   Okay.
9      A   Well, my toes was barely on the ground a
10  little bit.
11     Q   How high would you say the roof of the car is
12  like if you were just standing?
13     A   Pretty much right there.  Like if I'm
14  standing, the roof of the car is like right here.
15  That's why -- that's the part that I hit and so I
16  would say like four feet or whatever.
17     Q   And that would be at your nose level?
18     A   Yeah, yeah, nose level.
19     Q   Okay.  So then another officer arrived?
20     A   Yes.
21     Q   Okay.  So you said that as he is pulling you
22  out of the car, he refers to you as a smart ass?
23     A   No -- yeah, yeah.
24     Q   And then he starts to use the N word again?
25     A   Yeah.

18 (Pages 66 to 69)

76b3546e-3b73-47f2-9faa-663bef27080d

Claiborne v. City of Seattle, et al.                    Brian E. Claiborne

Page 78

```
 1  scene?
 2     A  No.  I don't know a full tooth, but basically
 3  all of them got chipped off or pushed in.
 4     Q  Okay.  But none of them fell out?
 5     A  No.
 6     Q  Okay.  So one in the front was chipped and
 7  then one was pushed up, right?
 8     A  Yeah.
 9     Q  And then one --
10     A  No, all --
11        (Simultaneous talking.)
12     A  All these are cracked in one way or another,
13  and one got pushed in and this one got just to the
14  point where it just broke in a chip form.
15     Q  (By Ms. Tran)  After the incident, did you
16  take pictures of your teeth?
17     A  No.
18     Q  Okay.  So let's talk a little bit about what
19  Officer Runolfson did.
20        Prior to or actually when Officer Runolfson
21  got there, were you put into the back of a patrol
22  car?
23     A  No.
24     Q  So you never --
25     A  Until he came.
```

Page 79

```
 1     Q  Let me ask the question.
 2        Before being transported to the precinct,
 3  were you ever placed into a patrol car?
 4     A  (Shakes head negatively.)
 5     Q  No?
 6     A  No.
 7     Q  Okay.  So when Officer Runolfson arrived, you
 8  were already in handcuffs?
 9     A  Yes.
10     Q  When Officer Runolfson arrived, did he take
11  the handcuffs off of you?
12     A  I don't remember.
13     Q  Okay.  Did he ask you to undergo a field
14  sobriety test?
15     A  Yes.
16     Q  Okay.  What did he ask you to do?
17     A  Well, no, he asked -- actually, they just
18  took me and gave me a breathalyzer.  They didn't -- I
19  didn't do no walking test or anything.  I didn't do
20  none of that.  I just asked him, well, how is he
21  saying I'm drunk when that ain't why he pulled me
22  over, and the other officer well -- said, hey, well,
23  let's go get you your breathalyzer if that's what
24  you -- you know, and that's when he took me to the
25  thing and they gave me a breathalyzer, and like I
```

Page 80

```
 1  said, I took it like --
 2     Q  Before we get to the precinct --
 3     A  Okay.
 4     Q  -- while we're still at the incident scene,
 5  did you take a breath test at the scene?
 6     A  I don't think so.
 7     Q  Do you remember Officer Runolfson asking you
 8  to count the -- say the alphabet backwards?
 9     A  No.
10     Q  How about did Officer Runolfson ask you to
11  stand on one foot?
12     A  No.
13     Q  Did Officer Runolfson ask you to count?
14     A  No.
15     Q  And then on your ride to the precinct, were
16  you placed in handcuffs?
17     A  Yes.
18     Q  Who transported you to the precinct?
19     A  I think the other officer.
20     Q  Runolfson?
21     A  Yes, yes.
22     Q  I'm going to hand you what has been marked as
23  Exhibit-1 to your deposition.  I'm going to give you
24  a minute to look at this document, Mr. Claiborne.
25     A  Wow.
```

Page 81

```
 1     Q  Have you seen --
 2     Q  Officer --
 3     Q  Wait.  Wait.  Wait.
 4     A  Oh, sorry.
 5        MR. HOWELL:  Let him finish, please.
 6  Let him finish.  Keep reading.  Keep reading.
 7        THE WITNESS:  Okay.
 8     A  The weird thing is --
 9        MR. HOWELL:  Are you finished?  Finish
10  reading and then you can testify.
11        THE WITNESS:  Okay.
12        MR. HOWELL:  And there's no question
13  before you.
14        THE WITNESS:  Okay.  (Peruses
15  document.)
16     Q  (By Ms. Tran)  Have you had an opportunity to
17  look at this document, Mr. Claiborne?
18     A  Mm-hm, yeah.
19     Q  All right.  Have you seen this document
20  before?
21     A  Actually, no.
22     Q  Okay.  I'm going to represent to you that
23  this is a Continuation Sheet for incident number
24  04-229405.  If you look at the top right-hand corner,
25  do you agree with me that it says incident number
```

21 (Pages 78 to 81)

76b3546e-3b73-47f2-9faa-663bef27080d

Claiborne v. City of Seattle, et al.                    Brian E. Claiborne

---

Page 86

1  conversation I had with any officer was the officer
2  that came after Hunt.
3      Q  Okay. Did you smell like alcohol?
4      A  No. I had chemicals in the car, but, you
5  know, that doesn't really smell like alcohol. It
6  just has a strong smell to it.
7      Q  Were there bottles of chemicals?
8      A  There were bottles of window cleaner. There
9  were bottles of stripper. There were bottles of
10 waxing. There was, you know, disinfectant for the
11 bathroom. I had -- basically, I had many chemicals,
12 different chemicals in the car.
13     Q  Now, do you carry them in one basket or one
14 box?
15     A  No, actually, I -- basically on my back seat,
16 I have like little carrying cases that I put on my
17 garbage can and they kind of overlap and go into the
18 garbage can a little bit and the cleaners, you know,
19 hang. It's like a little cleaning carry cart thing.
20     Q  Where was the floor stripper?
21     A  The floor stripper was in the hatchback, the
22 back part.
23     Q  So not in the back seat?
24     A  No, no, no. The back seat was right here,
25 but the floor stripper and the waxer was in the

---

Page 87

1  hatchback. It's a wagon, so, you know --
2      Q  Right.
3      A  -- it has nice room in it.
4      Q  So that's where the waxer and the stripper
5  were?
6      A  Yeah.
7      Q  Was there a cover over them?
8      A  No.
9      Q  Okay. Did Officer Runolfson ask you how much
10 you had had to drink?
11     A  No. Actually, once Hunt said that I was
12 drunk and da, da, da, that's when I started
13 protesting, hey, I didn't drink nothing, give me a
14 blood test, breathalyzer, and I kept on saying that
15 over and over and this officer, okay, you're going to
16 get your chance. They didn't run no tests on me
17 until I got into the precinct.
18     Q  So you didn't tell Officer Runolfson that you
19 had had a beer or two?
20     A  No.
21     Q  Okay.
22     A  Definitely not.
23     Q  Okay. And this incident narrative indicates
24 that you took a breath test and that you had a
25 reading of .116. Do you see that under --

---

Page 88

1      A  Yes, I see it.
2      Q  Okay.
3      A  But I -- the thing is, when I first took the
4  test -- I actually at one point in time had all my
5  test slips and all of my tests came one -- I mean,
6  zero, zero -- I mean .00 whatever you know the zeros
7  are, and all of them my tests came out, and the sixth
8  time, I was like, man, I'm out of breath. I can't
9  blow no harder. Officer Hunt was like, he has to
10 have something, and I was like, well, give me a blood
11 test then.
12         And so they said, well, just think about it
13 and they went to talk and about an hour later, they
14 was like, well, we can let you go now and we'll just
15 write you as a refusal since our machine is broke,
16 and I was like no, I'm not refusing. Give me a blood
17 test. He was --
18     Q  You're actually jumping ahead.
19     A  Okay, sorry.
20     Q  That was at the precinct.
21     A  Sorry.
22     Q  We're still at the incident itself.
23     A  Okay.
24     Q  So you don't remember taking a breath test at
25 the incident?

---

Page 89

1      A  No, we didn't take no test or anything at the
2  incident.
3      Q  Okay.
4          MR. HOWELL: For the record, can we
5  have an explanation of what PBT of .116 BrAC means?
6          MS. TRAN: My understanding is that's
7  the same as a .08 being the legal limit, so this
8  would be twice the legal limit.
9          MR. HOWELL: And what's PBT?
10         MS. TRAN: My understanding is it's a
11 field breathalyzer test, so it's a shortened version
12 of the breathalyzer test. I'm not -- I don't know --
13 I can't remember what PBT stands for, but that's my
14 understanding. Perhaps it's something you could ask
15 the officer when you depose him.
16     Q  (By Ms. Tran) Do you remember asking Officer
17 Runolfson, am I over the legal limit?
18     A  No.
19     Q  Okay. And then did you say to Officer
20 Runolfson, I'm not surprised?
21     A  I didn't say -- actually, to be truthful,
22 this whole prescreening thing, it never happened.
23     Q  Okay.
24     A  None of it. And like I said, the only thing
25 I spoke from the whole incident to going to the

---

23  (Pages 86 to 89)

76b3546e-3b73-47f2-9faa-663bef27080d