To whom it may Concern

I Michael Johnson am a Trained Mechanic and did work on Bryan Clayborn car, in the process I took the licence plate off for the fact that once before plates were stolen off a car I was working on before, so to prevent this from happing agin I took the plates off of every car I had in my care for any length of time. When Bryan told me he was ready to pick-up his car I ended up putting the wrong plates on his car. At the time I had nine cars in my care, all of wich I took the plates off of, when I went to put bryan's plates back on I must have installed the wrong ones. Pleas Do not Hold Bryan Clayborn responsible for this mistake. I am willing to appear in ~~Cort~~ Court and speak on this matter. I can be reached a

(206) 725-0517 or (206) 722-2141

once agin my name is Michael M B Johnson
Michael M B Johnson