The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BRIAN CLAIBORNE,<br><br>  Plaintiff,<br><br> vs.<br><br>THE CITY OF SEATTLE, a Municipal Corporation, CITY OF SEATTLE POLICE DEPARTMENT and SEATTLE POLICE OFFICER BRIAN HUNT,<br><br>  Defendants. | No.  C06-1061RSM<br><br>**STIPULATED ORDER OF DISMISSAL OF DEFENDANT BRIAN HUNT** |

## STIPULATION

Plaintiff has agreed to voluntarily dismiss defendant Brian Hunt from this action. By stipulated motion, the undersigned parties hereby move the court for entry of the order incorporated herein.

Dated: September 4, 2007

Law Offices of Lembhard G. Howell, P.S.

By_____
  Lembhard G. Howell, WSBA #133
  Attorneys for Plaintiff

Dated: September _____, 2007

STAFFORD FREY COOPER

By_____
  Ted Buck, WSBA # 22029
  Kim M. Tran, WSBA # 29734
  Attorneys for Defendants

STIPULATED ORDER OF DISMISSAL OF
DEFENDANT BRIAN HUNT
NO. C06-1061RSM   PAGE 1

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296

**ORDER**

Based upon the foregoing stipulation of the parties as evidenced by the signatures of their attorneys, it is now **ORDERED** that defendant Brian Hunt is dismissed from this action.

DATED THIS __11 day of _September_, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER OF DISMISSAL OF
DEFENDANT BRIAN HUNT
NO. C06-1061RSM   PAGE 2

Law Offices of
Lembhard G. Howell, P.S.
Pacific Building, Suite 2105
Seattle, Washington 98104
(206) 623-5296