The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIAN CLAIBORNE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE CITY OF SEATTLE, a Municipal Corporation; CITY OF SEATTLE POLICE DEPARTMENT; and SEATTLE POLICE OFFICER BRIAN HUNT,<br><br>　　　　　　　Defendants. | NO. C06-1061RSM<br><br>[STIPULATED] DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST THE CITY OF SEATTLE AND [PROPOSED] ORDER<br><br>**NOTE ON MOTION CALENDAR:<br>SEPTEMBER 19, 2007** |

## STIPULATION

Plaintiff Brian Claiborne agrees to dismiss with prejudice all claims asserted against the defendant City of Seattle. No claims remain for trial and this matter may be dismissed in its entirety. By stipulated motion, the undersigned parties hereby move the court for entry of the order incorporated herein.

| | |
|---|---|
| Dated: September 19, 2007 | Dated September 19, 2007 |
| LAW OFFICES OF LEMBHARD G. HOWELL, PS | STAFFORD FREY COOPER |
| By /s/ Lembhard G. Howell via ECF<br>　　Lembhard G. Howell, WSBA #133<br>　　Attorney for Plaintiff | By　/s Kim M. Tran via ECF<br>　　Kim M. Tran, WSBA # 29734<br>　　Attorneys for Defendants |

DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST THE
CITY OF SEATTLE - 1

C06-1061RSM
3019-028282  189448

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## ORDER

Based upon the foregoing stipulation of the parties as evidenced by the signatures of their attorneys, it is now, **ORDERED**, that all actual or potential remaining claims in this action against the City of Seattle, are DISMISSED with prejudice and without costs to either party.

DATED THIS 19th day of September, 2007.

_____
The Honorable Ricardo S. Martinez

Presented by:

STAFFORD FREY COOPER

By /s/ Kim M. Tran, via ECF
   Ted Buck, WSBA #22029
   Kim M. Tran, WSBA# 29734
Attorneys for Defendant City of Seattle

DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST THE CITY OF SEATTLE - 2

C06-1061RSM
3019-028282  189448

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

<u>Certificate of Service</u>

     I certify that on the date noted below I electronically filed this document entitled DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST THE CITY OF SEATTLE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Lembhard G. Howell, 133
lemhowell@qwest.net
Law Offices of Lembhard G. Howell, PS
720 Third Avenue, Suite 2105
Seattle, WA  98104-1830
(206) 623-5296
FAX: (206) 628-6474
*Attorneys for Plaintiff Brian Claiborne*

DATED this 19th day of September, <u>2007</u>, at Seattle, Washington.

                                    <u>/s/ Kim M. Tran via ECF</u>

DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST THE
CITY OF SEATTLE - 3

C06-1061RSM
3019-028282  189448

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885